UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONAVEN D. ROACH

VERSUS

UNKNOWN HAROLD, ET AL.

CIVIL ACTION

24-359-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Erin Wilder-Doomes dated January 10, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the exercise of supplemental jurisdiction is declined, and that Roach's federal claims against Lt. Harold for excessive force is dismissed with prejudice for failure to state a claim based on screening under 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 3 day of February, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5.